UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                1:18-mj-152

v.                                           COMPLAINT
                                           **PENALTY SHEET**

HOWARD ANTHONY MAYFIELD, et al.,

        Defendants.
_____/

### HOWARD ANTHONY MAYFIELD - 1

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 USC § 841(b)(1)(A)]

**Supervised Release:** Not less than 5 years and up to life [21 USC § 841(b)(1)(A)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**WILBERT GENTRY - 2**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 USC § 841(b)(1)(A)]

**Supervised Release:** Not less than 5 years and up to life [21 USC § 841(b)(1)(A)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**CRAIG SHEVINSKY JAMES – 3**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**MARTIN DUKES – 4**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**JENNIFER TADEO – 5**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**DONALD GARDNER – 6**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**TAMARA NELSON MINGO – 7**

<u>Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)</u>

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**RYAN BROWN – 8**

<u>Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)</u>

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**YVETTE BROWN – 9**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**MONICA LASTER – 10**

<u>Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)</u>

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**SHAMEKIA LIPTROT – 11**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

## CARLUS BRIDGEFORTH - 12

<u>Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)</u>

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**MARTINELLUS NIX - 13**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**DEMARCUS PINDER - 14**

Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]

**ELSIE BRIDGET BOSTON – 15**

<u>Conspiracy to Distribute Controlled Substances – 21 USC §§ 846, 841(a)(1)</u>

**Maximum penalty:** Not more than 20 years in prison and a fine of up to $1,000,000 [21 USC § 841(b)(1)(C)]

**Supervised Release:** Not less than 3 years and up to life [21 USC § 841(b)(1)(C)]

**Special Assessment:** $100 [18 U.S.C. § 3013]